IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHNNY MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>AFFINIUS CAPITAL, LLC, ARHAUS, LLC, MPLD CLEVELAND 45 II, LLC AND RYDER INTEGRATED LOGISTICS, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:25-cv-0119 |

**DEFENDANT RYDER INTEGRATED LOGISTICS, INC.'S NOTICE OF SETTLEMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant Ryder Integrated Logistics, Inc. and files this Notice of Settlement, and would respectfully show the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the settlement documents. The parties intend to file a Joint Stipulation of Dismissal with 60 days.

Respectfully submitted,

By: /s/ William O Ashcraft
William O Ashcraft, Esq.
State Bar No. 01372800
S. Lynn Blakeman, Esq.
State Bar No. 02436200

ASHCRAFT LAW FIRM
8105 Rasor Boulevard, Suite 257
Plano, Texas 75024
Telephone: (214) 987-0660
Facsimile: (936) 765-2583
Email: woa@ashcraftlawfirm.com
Email: slb@ashcraftlawfirm.com

ATTORNEYS FOR DEFENDANT
RYDER INTEGRATED LOGISTICS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing Defendant Ryder Integrated Logistics, Inc.'s Notice of Settlement was served upon counsel of record via the electronic case filing system on the 25th day of July 2025, as follows:

Carlos G. Galliani, Esq.
GALLIANI INJURY LAW
3500 Maple Avenue, Suite 1200
Dallas, Texas 75219
Email: carlos@gallianifirm.com

Salina Tariq
GORDAN REES SCULLY MANSUKHANI, LLP
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
Email: stariq@grsm.com

David Jewett
THOMPSON, COE, COUSINS & IRONS, LLP
10001 Reunion Place, Suite 400
San Antonio, Texas 78216
Email: DJewett@thompsoncoe.com
Email: Jrgarcia@thompsoncoe.com

/s/ William O Ashcraft
William O Ashcraft