**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JOHNNY MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>RYDER INTEGRATED LOGISTICS INC et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:25-CV-00119-E |

**ORDER**

Before the Court is Defendant's Notice of Settlement, (ECF No. 26). This Notice of Settlement provides:

> [T]he parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the settlement documents. The parties intend to file a Joint Stipulation of Dismissal with 60 days.

(ECF No. 26 at 1). Currently, five motions remain pending before the Court:

1. Plaintiff's Motion to Remand, (ECF No. 9);
2. Plaintiff's Amened Motion to Remand, (ECF No. 10);
3. Arhaus LLC's Motion to Dismiss, (ECF No. 12);
4. Plaintiff's Motion for Leave to File Amended Complaint, (ECF No. 15); and
5. The Parties' Joint Motion to Remand, (ECF No. 22).

Since the Defendant has now filed a notice of settlement, the Court DENIES each of the above motions—(ECF Nos. 9; 10; 12; 15; and 22)—without prejudice. The Court further enters the following orders:

(*Orders continue on next page*).

**IT IS ORDERED THAT:**

1. The Parties are directed to submit (1) their dismissal papers or (2) a joint status report updating the Court as to the status of the settlement within 60 days from the date of this order. There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

2. Nothing in this Order shall be considered a dismissal or disposition of this case, and should further proceedings become necessary or desirable, any party or the Court may initiate such further proceedings in the same manner as if this Order had not been entered.

**SO ORDERED.**

1st day of August, 2025.

ADA BROWN
UNITED STATES DISTRICT JUDGE