IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHNNY MITCHELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-cv-0119 |
| | § | |
| AFFINIUS CAPITAL, LLC, ARHAUS, LLC, MPLD CLEVELAND 45 II, LLC AND RYDER INTEGRATED LOGISTICS, INC., | § § § § | |
| | § | |
| Defendants. | § | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff Johnny Mitchell and Defendants Affinius Capital, LLC, Arhaus, LLC, and MPLD Cleveland 45 II, LLC, and Ryder Integrated Logistics, Inc. and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) file this Joint Stipulation of Dismissal With Prejudice, stipulating that all claims, counterclaims and issues (including attorneys' fees) between the parties have been fully resolved and that the attorneys' fees and expenses associated with this action and all outstanding court costs shall be paid by the party incurring same.

Plaintiff Johnny Mitchell and Defendants Affinius Capital, LLC, Arhaus, LLC, and MPLD Cleveland 45 II, LLC, and Ryder Integrated Logistics, Inc. jointly stipulate to the dismissal of this action (including all claims, counterclaims, and requests for attorneys' fees therein) with prejudice to its refiling and that the attorneys' fees and expenses associated with this action and all outstanding costs of court be paid by the party incurring same.

AGREED:

By: /s/ Carlos G. Galliani

Carlos G. Galliani, Esq.
State Bar No. 24069752

GALLIANI INJURY LAW
3500 Maple Avenue, Suite 1200
Dallas, Texas 75219
Telephone: (214) 301-3400
Fax: (682) 564-1099
Email: carlos@gallianifirm.com

ATTORNEYS FOR PLAINTIFF
JOHNNY MITCHELL

By: /s/ Salina Tariq

Salina Tariq, Esq.
State Bar No. 24086470

GORDON REES SCULLY
MANSUKHANI, LLP
2200 Ross Ave., Suite 3700
Dallas, TX 75201
Telephone: (214) 231-4660
Fax: (214) 461-4053
Email: stariq@grsm.com

ATTORNEYS FOR
DEFENDANT ARHAUS, LLC

By: /s/ David Jewitt

David Jewitt, Esq.
State Bar No. 24049512

THOMPSON, COE,
COUSINS & IRONS, L.L.P.
10001 Reunion Place, Suite 400
San Antonio, Texas 78216
Telephone: (830) 252-5102
Fax: (830) 252-5105
Email: djewett@thompsoncoe.com

ATTORNEYS FOR DEFENDANTS
AFFINIUS CAPITAL LLC, and
MPLD CLEVELAND 45 II, LLC

By: /s/ William O Ashcraft

William O Ashcraft, Esq.
State Bar No. 01372800

ASHCRAFT LAW FIRM
8105 Rasor Boulevard, Suite 257
Plano, Texas 75024
Telephone: (214) 987-0660
Facsimile: (936) 765-2583
E-mail: woa@ashcraftlawfirm.com

ATTORNEYS FOR DEFENDANT
RYDER INTEGRATED LOGISTICS, INC.